## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

Zayn Al-Abidin Muhammad Husayn a/k/a Abu Zubaydah

Plaintiff

Case No.: 2:23-cv-00270

vs.

James Mitchell, et al.

Defendant(s)

### AFFIDAVIT OF SERVICE

I, Gail Sauerland, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons and Complaint and Demand for Jury Trial in the above entitled case.

That on 09/20/2023 at 5:32 PM, I personally served John Bruce Jessen with the Summons and Complaint and Demand for Jury Trial at 8719 South Palouse Highway, Spokane, Washington 99223-3011.

John Bruce Jessen is described herein as:

Gender: Male   Race/Skin: White   Age: 60-70   Weight: 190   Height: 5'10"   Hair: Black/Gray   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

9/27/23
Executed On

Gail Sauerland

Client Ref Number: N/A
Job #: 1623886

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Washington

| | | |
|---|---|---|
| ZAYN AL-ABIDIN MUHAMMAD HUSAYN also known as ABU ZUBAYDAH<br><br>*Plaintiff(s)*<br>v.<br>JAMES MITCHELL and JOHN "BRUCE" JESSEN<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:23-cv-00270-TOR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN BRUCE JESSEN
8719 S. Palouse Highway
Spokane, Washington 99223-3011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  FINER WINN
Attn: Jeffry K. Finer
2850 East Rockhurst Lane, Suite 356, Spokane, WA 99223
(509) 981-8960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Sep 19, 2023, 9:27 am
Date

SEAN F. McAVOY, Clerk