James B. King, WSBA #8723
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
17(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants
James Mitchell and
John "Bruce" Jessen

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZAYN AL-ABIDIN MUHAMMAD HUSAYN also known as ABU ZUBAYDAH,<br><br>Plaintiff,<br><br>vs<br><br>JAMES MITCHELL and JOHN "BRUCE" JESSEN,<br><br>Defendants. | Case No. CV 23-00270-TOR<br><br>**NOTICE OF APPEARANCE FOR DEFENDANTS** |

TO: Plaintiff, ZAYN AL-ABIDIN MUHAMMAD aka ABU ZUBAYDAH: and

TO: Your Attorney, Jeffry K. Finer of Finer Winn:

PLEASE TAKE NOTICE that defendants JAMES MITCHELL and JOHN "BRUCE" JESSEN appear herein, by and through attorney James B. King of Evans, Craven & Lackie, P.S., and request that all further pleadings and papers (except process) be served upon the undersigned attorney, at the address below.

NOTICE OF APPEARANCE : Page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this 10th day of October, 2023.

          **EVANS, CRAVEN & LACKIE, P.S.**

By <u>s/ James B. King, WSBA #8723</u>
    James B. King, WSBA #8723
    Attorneys for Defendants
    **JAMES MITCHELL and**
    **JOHN "BRUCE" JESSEN**
    Evans, Craven & Lackie, P.S.
    818 W. Riverside Ave., Ste. 250
    Spokane, WA 99201
    (509) 455-5200
    (509) 455-3632 facsimile
    jking@ecl-law.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jeffry K. Finer, Esq.
FINER WINN
2850 East Rockhurst Lane, Suite 356
Spokane, WA 99223
Email:  jeffry@finerwinn.com
*Counsel for Plaintiff*

Copies of this Notice was also sent by email to counsel for plaintiff who pro hac admissions are pending as follows:

| | |
|---|---|
| Solomon B. Shinerock | |
| Adam Kaufmann | Eric L. Lewis |
| Elizabeth M. Vélez | David Short |
| Annika Conrad | LEWIS BAACH KAUFMANN |
| LEWIS BAACH KAUFMANN | MIDDLEMASS PLLC |
| MIDDLEMISS PLLC | 1101 New York Ave, NW 22 Suite 1000 |
| The Chrysler Building | Washington, DC 20005 |
| 405 Lexington Avenue, 64th Floor | **Email:  eric.lewis@lbkmlaw.com** |
| New York, NY 10174 | **david.short@lbkmlaw.com** |
| Solomon.shinerock@lbkmlaw.com | |
| Adam.kaufmann@lbkmlaw.com | |
| elizabeth.velez@lbkmlaw.com | |
| Annika.Conrad@lbkmlaw.com | |

**EVANS, CRAVEN & LACKIE, P.S.**

By s/ James B. King, WSBA #8723_
   James B. King, WSBA #8723
   Attorneys for Defendants
   Evans, Craven & Lackie, P.S.
   818 W. Riverside Ave., Ste. 250
   Spokane, WA 99201
   (509) 455-5200
   (509) 455-3632 facsimile
   jking@ecl-law.com