FINER WINN
2850 East Rockhurst Lane, Suite 356
Spokane, WA 99223
(509) 981-8960

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

-----------------------------------------------------------X

ZAYN AL-ABIDIN MUHAMMAD HUSAYN
also known as ABU ZUBAYDAH

      Plaintiff,

      vs.

JAMES MITCHELL and JOHN
"BRUCE" JESSEN

      Defendants.
-----------------------------------------------------------X

Case No. 2:23-cv-00270-TOR

**MOTION TO EXPEDITE**

January 16, 2024
Without Oral Argument

MOTION TO EXPEDITE
Page 1

Plaintiff moves this Court to rule on Plaintiff's Motion to Strike (ECF No. 31) on an expedited basis. *See* Local Rule 7(i)(2)(C).

Good cause exists because expediting the Motion to Strike would prevent it from becoming moot. Defendants' Reply in support of their Motion to Dismiss is currently due February 5, 2024 (ECF No. 26). Plaintiff's Motion to Strike, which addresses the page limit in that Reply, is also currently scheduled to be resolved on February 5, 2024, which was the earliest possible date absent a motion to expedite. An expedited ruling is necessary because the relief requested in the motion to strike would become moot if not resolved before Defendants' Reply is due.

Plaintiff requests a hearing by January 22, 2024, which would resolve the Motion to Strike two weeks before Defendants' Reply would be due. Under that schedule, Defendants' opposition to the Motion to Strike would remain due on January 19, 2024.

Defendants do not oppose this motion to expedite.

Dated:          January 9, 2024

Respectfully submitted,

FINER WINN
By: /s/ Jeffry K. Finer
Jeffry K. Finer, Esq.
2850 East Rockhurst Lane, Suite 356
Spokane, WA 99223
(509) 981-8960


LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
By: /s/ Solomon B. Shinerock
Solomon B. Shinerock (*pro hac vice*)
10 Grand Central, 155 East 44th Street, 25th Floor
New York, New York 10017
(212) 826-7001

Eric L. Lewis (*pro hac vice*)
David Short (*pro hac vice*)
Alexander S. Bedrosyan (*pro hac vice*)
1050 K Street, NW
Suite 400
Washington, DC 20001

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James B. King, WSBA #8723. (jking@ecl-law.com)
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509)455-5200
(509)455-3632 facsimile

James Smith (*Pro Hac Vice*)
Brian Paszamant (*Pro Hac Vice)*
Ann Querns (*Pro Hac Vice)*
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5791

*Counsel for Defendants*

                        **LEWIS BAACH**
                        **KAUFMANN MIDDLEMISS PLLC**

                        By: /s/ Solomon B. Shinerock
                        Solomon B. Shinerock
                        10 Grand Central
                        155 East 44th Street, 25th Floor
                        New York, New York 10017
                        (212) 826-7001