James B. King, WSBA #8723
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**BLANK ROME LLP**
James T. Smith (admitted *pro hac vice*)
Brian S. Paszamant (admitted *pro hac vice*)
Ann E. Querns (admitted *pro hac vice*)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
(215) 569-5500; fax (215) 832-5674

Attorneys for Defendants
James Mitchell and John "Bruce" Jessen

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZAYN AL-ABIDIN MUHAMMAD HUSAYN also known as ABU ZUBAYDAH,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MITCHELL and JOHN "BRUCE" JESSEN,<br><br>Defendants. | Case No.: 2:23-cv-00270<br><br>**MOTION FOR ORDER SHORTENING TIME TO HEAR DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date: February 9, 2024<br>Without Oral Argument |

**MOTION TO SHORTEN TIME TO HEAR DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR ORAL ARGUMENT:**
page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

COME NOW Defendants, by and through their undersigned counsel, and move this Court for an Order shortening time on the hearing, without oral argument, of Defendants' Unopposed Motion to Extend Time for Oral Argument on Defendants' Motion to Dismiss set for hearing on February 9, 2024 without oral argument.

This motion is based on the records and files herein and because there is not sufficient time under the local rules given the briefing schedule in this matter to note the unopposed Motion for additional time for oral argument in keeping with the time requirements of the Local Rules for the United States District Court for the Eastern District of Washington. The motion is further based upon the attached Declaration of James B. King.

DATED this 31st day of January, 2024.

          **EVANS, CRAVEN & LACKIE, P.S.**
          By <u>s/ James B. King, WSBA #8723</u>
              James B. King, WSBA #8723
              Attorneys for Defendants
          **JAMES MITCHELL and**
          **JOHN "BRUCE" JESSEN**
          Evans, Craven & Lackie, P.S.
          818 W. Riverside Ave., Ste. 250
          Spokane, WA 99201
          (509) 455-5200
          (509) 455-3632 facsimile

**MOTION TO SHORTEN TIME TO HEAR DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR ORAL ARGUMENT:**
page 2



1
2  **BLANK ROME LLP**
3  James T. Smith (admitted *pro hac vice*)
4  Brian S. Paszamant (admitted *pro hac vice*)
5  Ann E. Querns (admitted *pro hac vice*)
6  One Logan Square, 130 N. 18th Street
   Philadelphia, PA 19103
7  (215) 569-5500; fax (215) 832-5674
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29  **MOTION TO SHORTEN TIME TO HEAR DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR ORAL ARGUMENT:**
30
page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

*Counsel for Plaintiff*

Jeffry K. Finer, Esq.
FINER WINN
2850 East Rockhurst Lane, Suite 356
Spokane, WA 99223
Email:  jeffry@finerwinn.com

Solomon B. Shinerock
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, NY 10174
Solomon.shinerock@lbkmlaw.com

Eric L. Lewis
David Short
Alexander Bedrosyan
LEWIS BAACH KAUFMANN MIDDLEMASS PLLC
1050 K Street, NW, Suite 400
Washington, DC 2000
**Email:  eric.lewis@lbkmlaw.com
david.short@lbkmlaw.com
alexander.bedrosyan@ibkmlaw.com**

**MOTION TO SHORTEN TIME TO
HEAR DEFENDANTS' UNOPPOSED MOTION TO
EXTEND TIME FOR ORAL ARGUMENT:**
page 4

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**EVANS, CRAVEN & LACKIE, P.S.**

By s/ James B. King, WSBA #8723
   James B. King, WSBA #8723
   Attorneys for Defendants
   Evans, Craven & Lackie, P.S.
   818 W. Riverside Ave., Ste. 250
   Spokane, WA 99201
   (509) 455-5200
   (509) 455-3632 facsimile
jking@ecl-law.comjking@ecl-law.com

**BLANK ROME LLP**
James T. Smith (admitted *pro hac vice*)
Brian S. Paszamant (admitted *pro hac vice*)
Ann E. Querns (admitted *pro hac vice*)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
(215) 569-5500; fax (215) 832-5674

MOTION TO SHORTEN TIME TO
HEAR DEFENDANTS' UNOPPOSED MOTION TO
EXTEND TIME FOR ORAL ARGUMENT:
page 5

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632