# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZAYN AL-ABIDIN MUHAMMAD HUSAYN, <br><br>                          Plaintiff, <br><br> v. <br><br> JAMES MITCHELL, et al., <br><br>                          Defendants, | Case No.   2:23-CV-0270-TOR <br><br> Civil Minutes <br><br> DATE:   2/15/2024 <br><br> LOCATION:   Spokane 902 <br><br> MOTIONS HEARING |

### JUDGE THOMAS O. RICE

| Bridgette Fortenberry | LC 01 | N/A | Ronelle Corbey |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Jeffry K. Finer / Solomon B. Shinerock | | James B. King / Brian Paszamant / Ann E. Querns | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

[  ] **Open Court**           [  ] **Chambers**           [ X ] **Telephone**

All parties present in the courtroom.

Pending before the Court:
   [27] Defendants' Motion to Dismiss.

Ms. Querns argued in support of the Defendants' motion.
Mr. Paszamant argued in support of the Defendants' motion.
Mr. Shinerock responded.
Ms. Querns provided rebuttal argument.
Mr. Paszamant provided rebuttal argument.
Mr. Shinerock provided sur-rebuttal argument.

The Court took the matter under advisement and will issue a detailed written order.

| CONVENED:  11:11 AM | ADJOURNED:  12:20 PM | TIME: 1 HR/ 9 MINS | [X] ORDER FORTHCOMING |
|---|---|---|---|