UNITED STATES DISTRICT COURT ∎ EASTERN DISTRICT OF WASHINGTON
**Transcript Designation and Ordering Form**
*This form should be completed by the party ordering the transcript*
<span style="color:red">**You must contact the Court Reporter to make financial arrangements**</span>

U.S. Court of Appeals Case No. ___24-1468___ U.S. District Court Case No. __2:23-cv-00270-TOR__
Short Case Title _Husayn v. Mitchell et al._____
Date Notice of Appeal Filed by Clerk of the District Court _March 8, 2024_____

**1.    Name of Court Reporter/FTR:** _Ronelle F. Corbey_____

| **Date of Hearing/Court Rec #** | **Type of Proceedings** |
|---|---|
| _February 15, 2024_ | _Hearing on motion to dismiss_ |
| | |
| | |
| | |
| | |

**2.    Name of Court Reporter/FTR:**_____

| **Date of Hearing/Court Rec #** | **Type of Proceedings** |
|---|---|
| | |
| | |
| | |
| | |
| | |

**3.    Name of Court Reporter/FTR:**_____

| **Date of Hearing/Court Rec #** | **Type of Proceedings** |
|---|---|
| | |
| | |
| | |
| | |
| | |

(Attach additional page for designations, if necessary)

☐    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☐    As retained counsel, a pro se litigant, a U.S. Attorney or a Federal Defender, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
☐    As appointed counsel, I certify an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within seven (7) days thereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered ___2/16/2024___ Party you represent _Zayn Al-Abidin Muhammad Husa_
Type or print name of attorney/pro se litigant _Solomon B. Shinerock_____
Signature of attorney/pro se litigant _/s/ Solomon B. Shinerock___ Phone No. _212-822-0165_
Address _10 Grand Central, 155 East 44th Street, 25th Fl., New York, NY 10017_